UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE PELLEGRINO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:10-CV-00098-GLL |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, CLC, | ) |
| Defendant | ) |

## """"ORDER

AND NOW this 14th day of October, 2010, upon consideration of Defendants Communication Workers of America's Motion to Postpone Status Conference and Mediation, it is hereby ORDERED and DECREED that said Motion be and is hereby GRANTED, and the Mediation in the above-caption matter is now scheduled for Tuesday, November 9, 2010. The Status Conference of October 29, 2010 is now set for Friday, November 19, 2010 at 1:30 p.m..

s/Gary L. Lancaster

CHIEF UNITED STATES DISTRICT JUDGE

cc: Counsel of Record